JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKLYN GODIN,<br><br>    Plaintiff<br><br>v.<br><br>ANDREW SAUL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No: 2:19-cv-10042-SK<br><br>**JUDGMENT** |

    Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

    IT IS ORDERED that judgment is entered in accordance with the Order Of REMAND.

DATE: July 7, 2020

THE HONORABLE STEVE KIM
United States Magistrate Judge

-1-